IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MANUEL PASTRAN, RUBEN PASTRAN, and EVELYN PASTRAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, SFPP, L.P. (f/k/a SANTA FE PACIFIC PIPELINES, INC.), KINDER MORGAN OPERATING L.P. "D", and KINDER MORGAN G.P., INC.,<br><br>Defendants. | Case No. 15-cv-00729-SMV-CG<br><br>Class Action<br><br>**Order Dismissing the Action Without Prejudice** |

Plaintiffs Manuel Pastran, Ruben Pastran, and Evelyn Pastran have submitted a request for voluntary dismissal of this action without prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure. Having considered plaintiffs' request and good cause appearing, the Court grants the request and dismisses this action without prejudice.

IT IS SO ORDERED.

Dated:  September  15 , 2015

_____
The Honorable Stephan M. Vidmar
United States Magistrate Judge